IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHARLES DOBBINS,                                                      PLAINTIFF
#31296-009

v.                           5:17CV00210-JM-JTK

ADAMS, et al.                                                  DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case is DISMISSED without prejudice, for failure to state a claim upon which relief may be granted.

The Court certifies that an <u>in forma pauperis</u> appeal from this Judgment and accompanying Order would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ADJUDGED this 10th day of October, 2017.

                                                                 JAMES M. MOODY, JR.
                                                             UNITED STATES DISTRICT JUDGE